**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ABDOULAYE SENE,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC,<br><br>    Defendant. | Civil Action No. TDC-17-0192 |

**ORDER**

On February 13, 2017, the parties filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 12. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date: February 14, 2017                                   /s/
                                                    THEODORE D. CHUANG
                                                    United States District Judge